1  Dale K. Galipo, Esq. (Bar No. 144074)
   dalekgalipo@yahoo.com
2  Renee V. Masongsong, Esq. (Bar No. 281819)
   rvalentine@galipolaw.com
3  LAW OFFICES OF DALE K. GALIPO
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333 / Fax: (818) 347-4118
5
6  Sharon J. Brunner, Esq. (Bar No. 229931)
   sharonjbrunner@yahoo.com
   LAW OFFICE OF SHARON J. BRUNNER
7  14393 Park Ave., Suite 100
   Victorville, CA 92392
8  Tel: (760) 243-9997 / Fax: (760) 843-8155

9  James S. Terrell, Esq. (Bar No. 170409)
   LAW OFFICE OF JAMES TERRELL
10 jim@talktoterrell.com
   15411 Anacapa Rd.
11 Victorville, CA 92392
   Tel: (760) 951-5850 / Fax: (760) 952-1085
12
   Attorneys for All Plaintiffs
13

14                **UNITED STATES DISTRICT COURT**

15                **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCOS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF SAN BERNARDINO** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the summons, complaint, and other documents on Defendant City of San Bernardino, attached hereto as Exhibit "A."

DATED: April 1, 2024              LAW OFFICES OF DALE K. GALIPO

                                  By: *s/ Renee V. Masongsong*
                                      Dale K. Galipo
                                      Renee V. Masongsong
                                      *Attorneys for Plaintiffs*

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)  **Dale Galipo SBN 144074**  **Law Offices of Dale K. Galipo**  **21800 Burbank Blvd 310**  **Woodland Hills, CA 91367**  ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER  **(818) 347-3333** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE  3470 Twelfth St.  Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:  Alvarado, Jose v. City of San Bernardino | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:  5:24-cv-00088-JGB-SHK |
| **Declaration of Service** | | Ref. No. or File No:  Alvarado v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Proceed Before U.S. Magistrate Judge Jurisdiction; Summons; Standing Order of Judge Jesus G. Bernal**

On: **City of San Bernardino** By Serving Genoveva Rocha, Agent for Service

I served the summons at:

**201 N E St, Bldg. A  San Bernardino, CA 92401**

On: **3/26/2024**          Date: **03:43 PM**

In the above mentioned action by substituted service and leaving with

**Lisa Morales   -  Executive assistant**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

- a. Name: **Nick Shows**
- b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
- c. Telephone number: **909-664-9577**
- d. **The fee** for this service was: **85.00**
- e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nick Shows          Date: 03/28/2024

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Alvarado, Jose v. City of San Bernardino | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00088-JGB-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Alvarado v. San Bernardino |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **03/28/2024**, I served the within:
**Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Proceed Before U.S. Magistrate Judge Jurisdiction; Summons; Standing Order of Judge Jesus G. Bernal**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**City of San Bernardino**
**201 N E St, Bldg. A  San Bernardino, CA 92401**


Declarant:

  a. Name: **Christina Lindsey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



| Declaration of Service by Mail | Invoice #: 9330141 |
|---|---|

**Christina Lindsey**　　　　　　　　　　　　　　　　Date: **03/27/2024**