| | |
|---|---|
| 1 | **STEVEN J. ROTHANS – State Bar No. 106579** |
| | **SCOTT J. CARPENTER – State Bar No. 253339** |
| 2 | **CARPENTER, ROTHANS & DUMONT LLP** |
| | 500 S. Grand Avenue, 19th Floor |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 228-0400 |
| 4 | Facsimile:  (213) 228-0401 |
| | Email:  srothans@crdlaw.com | scarpenter@crdlaw.com |
| 5 | |
| 6 | Attorneys for Defendant City of San Bernardino, a public entity |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCOS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased, | ) ) ) ) ) ) | Case No.: 5:24-cv-00088-JGB-SHK  **DEFENDANT CITY OF SAN BERNARDINO'S NOTICE OF INTERESTED PARTIES** |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| CITY OF SAN BERNARDINO, and DOES 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

    PLEASE TAKE NOTICE that the undersigned, counsel for Defendant City of San Bernardino, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate any possible disqualifications or recusals.

///

///

///

-1-

DEFENDANT CITY OF SAN BERNARDINO'S
NOTICE OF INTERESTED PARTIES

| **Plaintiffs:**<br>Jose Alvarado<br>Jimena Alvarado<br>Erika Alvarado<br>Marcos Alvarado | **Plaintiffs' Counsel:**<br>Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br><br>Sharon J. Brunner, Esq.<br>LAW OFFICE OF SHARON J. BRUNNER<br>14393 Park Ave. Suite 100<br>Victorville, CA 92392<br><br>James S. Terrell, Esq.<br>LAW OFFICE OF JAMES TERRELL<br>15411 Anacapa Rd.<br>Victorville, CA 92392 |
|---|---|
| **Defendant:**<br>City of San Bernardino | **Defense Counsel:**<br>Steven J. Rothans, Esq.<br>Scott J. Carpenter, Esq.<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 S. Grand Avenue, 19th Floor<br>Los Angeles, CA  90071 |

DATED:  April 16, 2024                         CARPENTER, ROTHANS & DUMONT LLP


                                                          By:  /s/ Scott J. Carpenter
                                                                STEVEN J. ROTHANS
                                                                SCOTT J. CARPENTER
                                                                Attorneys for Defendant
                                                                City of San Bernardino, a public entity

-2-

DEFENDANT CITY OF SAN BERNARDINO'S
NOTICE OF INTERESTED PARTIES