Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

James S. Terrell, Esq. (SBN 170409)
*jim@talktoterrell.com*
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

Sharon J. Brunner, Esq. (SBN 229931)
*sharonjbrunner@yahoo.com*
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>                     Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO and DOES 1-10, inclusive,<br><br>                     Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**REQUEST FOR ORDER PERMITTING PLAINTIFFS' COUNSEL RENEE V. MASONGSONG TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFFS' LEAD TRIAL COUNSEL**<br><br>Date:      September 9, 2024<br>Time:     11:00 a.m.<br>Crtrm:    Courtroom 1<br>              3470 Twelfth Street<br>              Riverside, CA 92501 |

**TO THIS HONORABLE COURT, AND DEFENDANT CITY OF SAN BERNARDINO THROUGH ITS ATTORNEYS OF RECORD:**

Plaintiffs Jose Alvarado, Jimena Alvarado, Erika Alvarado, and Marcus Alvarado hereby respectfully request that their attorney, Renee V. Masongsong, be permitted to appear at the Scheduling Conference in this matter, currently scheduled for September 9, 2024 at 11:00 a.m., in lieu of Plaintiffs' lead trial counsel Dale K. Galipo. Plaintiffs acknowledge that the Honorable Jesus G. Bernal's Standing Order (Dkt. 9) and Order Setting Scheduling Conference (Dkt. 17) require the presence of lead trial counsel at all scheduling and pretrial conferences. However, Plaintiffs' lead trial counsel, Dale K. Galipo, will be engaged in trial before the Honorable Judge Bret Hillman on September 9, 2024, in the case of *Anyka Harris, et al. v. City of Tulare, et al*, in the Superior Court of Tulare County, Case No. VCU299232. Ms. Masongsong has been fully involved in this case, including in participating in the Rule 26(f) early meeting of counsel. Accordingly, Plaintiffs and their counsel respectfully request that this Honorable Court allow Ms. Masongsong to appear on Plaintiffs' behalf at the September 9, 2024 Scheduling Conference in this matter in lieu of Mr. Galipo.

DATED: September 3, 2024            LAW OFFICES OF DALE K. GALIPO

By:  *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs