# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,

                 Plaintiffs,

vs.

CITY OF SAN BERNARDINO and DOES 1-10, inclusive,

                 Defendants.

Case No. 5:24-cv-00088-JGB-SHK

*Assigned to*:
Hon Jesus G. Bernal
Hon. Mag. Judge Shashi H. Kewalramani

**[PROPOSED] ORDER PERMITTING PLAINTIFFS' COUNSEL RENEE V. MASONGSONG TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFFS' LEAD TRIAL COUNSEL**

Date:       September 9, 2024
Time:      11:00 a.m.
Crtrm:     Courtroom 1
             3470 Twelfth Street
             Riverside, CA 92501

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiffs' Request for Order Permitting Plaintiffs' Counsel Renee V. Masongsong to Appear at the Scheduling Conference in Lieu of Plaintiffs' Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Renee V. Masongsong may appear at the Scheduling Conference in this matter on

1 | September 9, 2024 at 11:00 a.m. in lieu of Plaintiffs' lead trial counsel Dale K.
2 | Galipo.
3 |       IT IS SO ORDERED.
4 |
5 |   Dated: _____         _____
6 |                                            Honorable Jesus G. Bernal
                                               United States District Judge
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |