**STEVEN J. ROTHANS-State Bar No. 106579**
**SCOTT CARPENTER-State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT LLP**
500 South Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendant,
CITY OF SAN BERNARDINO, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:24-cv-00088-JGB-SHK<br><br>**REQUEST FOR ORDER PERMITTING DEFENSE COUNSEL SCOTT J. CARPENTER TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF DEFENDANT'S LEAD TRIAL COUNSEL**<br><br>Date:  Sept. 9, 2024<br>Time:  11:00 a.m.<br>Crt:    1 - Riverside |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**

　　　　PLEASE TAKE NOTICE THAT Defendant City of San Bernardino, a public entity, hereby respectfully requests that defense counsel, Scott J. Carpenter, be granted leave to appear at the Scheduling Conference in this matter, currently scheduled for September 9, 2024 at 11:00 a.m., in lieu of Defendant's lead trial

counsel Steven J. Rothans. Defendant acknowledges the Court's requirements for lead trial counsel to appear at such a hearing (Dkt. Nos. 9 & 17); however, Mr. Rothans is unable to appear at the Scheduling Conference due to a family funeral he will be attending in San Diego. Mr. Carpenter has been fully involved in this case, including in participating in the Rule 26(f) early meeting of counsel. Defendant thus respectfully requests the Court permit Mr. Carpenter to appear on Defendant's behalf at the September 9, 2024 Scheduling Conference in this matter in lieu of Mr. Rothans.

DATED: September 5, 2024

CARPENTER, ROTHANS & DUMONT LLP

*/s/ Scott J. Carpenter*

By: _____
STEVEN J. ROTHANS
SCOTT CARPENTER
Attorneys for Defendant CITY OF SAN BERNARDINO, a public entity