# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00088-JGB-SHK<br><br>**[Proposed] ORDER GRANTING REQUEST FOR DEFENSE COUNSEL SCOTT J. CARPENTER TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF DEFENDANT'S LEAD TRIAL COUNSEL** |

Upon request of counsel for the Defendant, IT IS HEREBY ORDERED THAT attorney Scott J. Carpenter is hereby given leave to attend the Scheduling Conference, set for September 9, 2024 at 11:00 a.m., in lieu of Defendant's lead trial counsel Steven J. Rothans.

IT IS SO ORDERED.

DATED: _____

Honorable Jesus G. Bernal
United States District Judge

-1-

[Proposed] ORDER GRANTING REQUEST FOR DEFENSE COUNSEL SCOTT CARPENTER TO APPEAR AT THE SCHEDULING CONFERENCE