Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

James S. Terrell, Esq. (Bar No. 170409)
LAW OFFICE OF JAMES TERRELL
jim@talktoterrell.com
15411 Anacapa Rd.
Victorville, CA 92392
Tel: (760) 951-5850 / Fax: (760) 952-1085

Sharon J. Brunner, Esq. (Bar No. 229931)
sharonjbrunner@yahoo.com
LAW OFFICE OF SHARON J. BRUNNER
14393 Park Ave., Suite 100
Victorville, CA 92392
Tel: (760) 243-9997 / Fax: (760) 843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCOS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00088-JGB-SHK<br><br>*District Judge Jesus G. Bernal*<br>*Magistrate Judge Shashi H. Kewalramani*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-2** |

**TO THIS HONORABLE COURT:**

    **IT IS HEREBY STIPULATED** by and between Plaintiffs JOSE ALVARADO, ERIKA ALVARADO, and MARCOS ALVARADO, and Defendant

CITY OF SAN BERNARDINO ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on January 16, 2024. At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the names of the City of San Bernardino Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, through counsel's meet and confer efforts and discussions regarding the case, Plaintiffs have discovered information that Officers Zack Ewing and Carla Gutierrez are the City of San Bernardino Police Department employees who used force against the decedent during the incident giving rise to this lawsuit.

2. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Officers Zack Ewing and Carla Gutierrez as individual defendants. A copy of Plaintiffs' proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A." A copy of Plaintiffs' proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

3. Counsel for the City of San Bernardino agrees to accept service of the First Amended Complaint on behalf of the City of San Bernardino and the individual defendants.

4. Plaintiffs shall have 7 days to file their First Amended Complaint after the Court grants them leave. Defendant City of San Bernardino shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

DATED: September 27, 2024        **LAW OFFICES OF DALE K. GALIPO**

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs

DATED: September 27, 2024

By: *s/ Scott Carpenter*
Scott J. Carpenter
Steven J. Rothans
Attorneys for Defendant
City of San Bernardino