1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCOS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased, | Case No.: 5:24-cv-00088-JGB-SHK *District Judge Jesus G. Bernal Magistrate Judge Shashi H. Kewalramani* |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-2** |
| v. | |
| CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs may file an amended complaint for the purpose of naming Officers Zack Ewing and Carla Gutierrez as individual defendants, consistent with Plaintiffs' "Exhibit B" to the Parties' stipulation.

2. Counsel for the City of San Bernardino shall accept service of the First Amended Complaint on behalf of the City of San Bernardino and the individual defendants.

1    3. Plaintiffs shall have 7 days to file their First Amended Complaint.
2        Defendant City of San Bernardino shall have 21 days thereafter to file a
3        responsive pleading.
4
5    IT IS SO ORDERED.
6
7
8
9    DATED:                                UNITED STATES DISTRICT COURT
10
11                                         _____
12                                         HON. JESUS G. BERNAL
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT