Renee V. Masongsong
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO, et al., <br><br> Plaintiff(s) <br> v. <br><br> CITY OF SAN BERNARDINO, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:24-cv-00088-JGB-SHK <br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that __Richard T. Copeland__ may serve as the Panel Mediator in the above-captioned case. __Renee V. Masongsong__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on __a date TBD__ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: October 4, 2024                         s/ Renee V. Masongsong
                                               Attorney For Plaintiff   Jose Alvarado, et al.

Dated: _____                          _____
                                               Attorney For Plaintiff   _____

Dated: October 4, 2024                         s/ Scott Carpenter
                                               Attorney For Defendant   City of San Bernardino

Dated: _____                          _____
                                               Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)                STIPULATION REGARDING SELECTION OF PANEL MEDIATOR