Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

James S. Terrell, Esq. (SBN 170409)
*jim@talktoterrell.com*
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

Sharon J. Brunner, Esq. (SBN 229931)
*sharonjbrunner@yahoo.com*
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>                    Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THIS HONORABLE COURT, AND DEFENDANT CITY OF SAN BERNARDINO THROUGH ITS ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiffs, Jose Alvarado, Jimena Alvarado, Erika Alvarado, and Marcus Alvarado, and Defendants City of San Bernardino, Zack Ewing, and Carla Gutierrez, by and through their respective attorneys of record, as follows:

1. The parties conducted mediation on February 24, 2025, with mediator Richard Copeland. Subsequently, the Parties accepted a mediator's proposal on or around February 28, 2025, and were able to reach a conditional settlement of the entire action.

2. The settlement is subject to the City of San Bernardino approval process, including approval by the City of San Bernardino City Council.

3. If the settlement is approved, the Parties will file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds.

4. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement.

DATED: March 17, 2025        LAW OFFICES OF DALE K. GALIPO

                             By:    *s/ Renee V. Masongsong*
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    Attorneys for Plaintiffs


DATED: March 17, 2025        CARPENTER, ROTHANS & DUMONT LLP

                             By:    */s/ Scott J. Carpenter*
                                    STEVEN J. ROTHANS
                                    SCOTT J. CARPENTER
                                    Attorneys for Defendants