# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>[PROPOSED] ORDER RE NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR ORDER VACATING ALL DATES |

HAVING REVIEWED the Parties' Notice of Conditional Settlement and Request to Vacate all dates, IT IS HEREBY ORDERED as follows:

1. All dates in this case, including the discovery dates, the pretrial dates, and the trial date, are hereby vacated, and stay all proceedings pending the approval of the settlement.

2. If the settlement is approved, then the Parties shall file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds.

DATED:                                    UNITED STATES DISTRICT COURT

_____
HON. Jesus G. Bernal