Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

James S. Terrell, Esq. (SBN 170409)
*jim@talktoterrell.com*
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

Sharon J. Brunner, Esq. (SBN 229931)
*sharonjbrunner@yahoo.com*
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>                    Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**JOINT STIPULATION AND MOTION TO REOPEN THE CASE PENDING SETTLEMENT CONSUMMATION** |

**TO THIS HONORABLE COURT:**

Plaintiffs, Jose Alvarado, Jimena Alvarado, Erika Alvarado, and Marcus

1

Alvarado, and Defendants City of San Bernardino, Zack Ewing, and Carla Gutierrez, by and through their respective attorneys of record, hereby submit the following stipulation and motion to briefly reopen the case to consummate the settlement.

1. The parties participated in a mediation on February 24, 2025, with mediator Richard Copeland. Subsequently, the Parties accepted a mediator's proposal on or around February 28, 2025, and were able to reach a conditional settlement of the entire action.
2. The proposed settlement has now been approved by the relevant City of San Bernardino boards.
3. The Parties have only recently signed the long form settlement agreement, and the settlement funds have not yet been distributed.
4. Therefore, the Parties request that this Court briefly reopen the case to allow the settlement funds to be transmitted to Plaintiffs and their counsel.
5. Within ten days of Plaintiffs and their counsel receiving the settlement funds, the Parties shall file a joint stipulation to dismiss the case.
6. The Parties agree to file a status report within the next thirty (30) days.

DATED: June 3, 2025        LAW OFFICES OF DALE K. GALIPO

                            By:   *s/ Renee V. Masongsong*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorneys for Plaintiffs

DATED: June 3, 2025        CARPENTER, ROTHANS & DUMONT LLP

                            By:   */s/ Scott J. Carpenter*
                                  STEVEN J. ROTHANS
                                  SCOTT J. CARPENTER
                                  Attorneys for Defendants