**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>Assigned to:<br>*Hon. Jesus G. Bernal*<br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO BRIEFLY REOPEN THE CASE TO CONSUMMATE THE SETTLEMENT** |

**HAVING REVIEWED** the Parties' Joint Stipulation and Motion to Briefly Reopen the Case to Consummate the Settlement, IT IS HEREBY ORDERED as follows:

The above-referenced matter is deemed reopened for to allow the Parties to consummate the settlement. Within ten days of Plaintiffs and their counsel receiving the settlement funds, the Parties shall file a joint stipulation to dismiss the case. The Parties shall file a status report or stipulation for dismissal no later than July 3, 2025.

IT IS SO ORDERED.

DATED: _____         UNITED STATES DISTRICT COURT

_____
HON. JESUS G. BERNAL