# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to:*<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>Assigned to:<br>Hon. Jesus G. Bernal<br>Hon. Kenly Kiya Kato<br><br>**ORDER GRANTING JOINT MOTION TO BRIEFLY REOPEN THE CASE TO CONSUMMATE THE SETTLEMENT** |

HAVING REVIEWED the Parties' Joint Stipulation and Motion to Briefly Reopen the Case to Consummate the Settlement, IT IS HEREBY ORDERED as follows:

The deadline by which the parties shall consummate the settlement is extended to July 3, 2025. Within ten days of Plaintiffs and their counsel receiving the settlement funds, the Parties shall file a joint stipulation to dismiss the case. The Parties shall file a status report or stipulation for dismissal no later than July 3, 2025.

IT IS SO ORDERED.

DATED: June 18, 2025

U...TED STATES DIS......T ..URT

HON. JESUS G. BERNAL