Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

James S. Terrell, Esq. (SBN 170409)
*jim@talktoterrell.com*
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

Sharon J. Brunner, Esq. (SBN 229931)
*sharonjbrunner@yahoo.com*
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, JIMENA ALVARADO, ERIKA ALVARADO, and MARCUS ALVARADO, in each case individually and as successor in interest to Delfino Avila, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, ZACK EWING; CARLA GUTIERREZ,<br><br>                    Defendants. | Case No. 5:24-cv-00088-JGB-SHK<br><br>*Assigned to*:<br>Hon Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**JOINT STIPULATION FOR DISMISSAL** |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal with prejudice of the above-captioned action. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 24, 2025         LAW OFFICES OF DALE K. GALIPO

By:     *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs

DATED: June 24, 2025         CARPENTER, ROTHANS & DUMONT LLP

By:     */s/ Scott J. Carpenter*
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants